UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

William M. Pollack

           Plaintiff,

v.                  Case No.: 1:14–cv–03353
                 Honorable Amy J. St. Eve

Film, Stage & Showbiz Expo, LLC, et al.

           Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, August 6, 2014:

  MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 8/6/2014. In light of settlement, plaintiff's oral motion to dismiss without prejudice with leave to refile by 9/22/14 is granted. After 9/22/14, said dismissal will be with prejudice. All other pending dates and deadlines are stricken. Civil case terminated. Mailed notice(kef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.